**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **TERRY L. SMITH, SR.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | Civil Action No. 3:93-CV-1509-D |
| | § | |
| **U.S. POSTAL SERVICE,** | § | |
| | § | |
| **Defendant.** | § | |

## ORDER

After making an independent review of the pleadings, files and records in this case, and the findings, conclusions, and recommendation of the United States Magistrate Judge, I am of the opinion that the findings, conclusions, and recommendation of the magistrate judge are correct, and they are adopted as the findings and conclusions of the court.

It is therefore ordered that the findings, conclusions, and recommendation the United States Magistrate Judge are adopted. Accordingly, plaintiff's motion to revisit, reverse, or relief, filed June 26, 2006, and motions for reinstatement and relief, filed February 1, 2007, are denied.

**SO ORDERED.**

March 23, 2007.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE