**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **TERRY L. SMITH, SR.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | Civil Action No. 3:93-CV-1509-D |
| | § | |
| **U.S. POSTAL SERVICE,** | § | |
| | § | |
| **Defendant.** | § | |

## ORDER

After making an independent review of the pleadings, files and records in this case, the April 11, 2007 findings, conclusions, and recommendation of the United States Magistrate Judge, and the April 24, 2007 objections of plaintiff, I am of the opinion that the findings, conclusions, and recommendation of the magistrate judge are correct, and they are adopted as the findings and conclusions of the court.

Accordingly, plaintiff's March 29, 2007 request for reconsideration of the order entered by this court on March 23, 2007 is granted. Plaintiff's March 23, 2007 objections to the findings, conclusions, and recommendations of the United States Magistrate Judge are overruled. Plaintiff's June 26, 2006 motion to revisit, reverse, or relief and February 1, 2007 motions for reinstatement and relief are denied.

**SO ORDERED.**

April 25, 2007.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE